THE COMMISSIONERS OF LAKE COUNTY *v.* CHARLES D. KORNAR

ERROR to the district court of Lake county.

In this case, depending on the same point decided in the
preceding case of *The Commissioners of Geauga County* v.
*Ranney and Thrasher*, the judgment is also reversed.